# UNITED STATES DISTRICT COURT
for the

District of Montana

**FILED**

FEB 21 2017



Clerk, U.S. District Court
District Of Montana
Billings

United States of America
v.
FELIS LUSIANO ROMO

Case No: CR 13-113-BLG-SPW-01
USM No: 13057-046

Date of Original Judgment: 10/17/2014
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Ashley Harada (Appointed)
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **188** months **is reduced to** **162**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **10/17/2014** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/21/2017

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Susan P. Watters, District Judge
*Printed name and title*