IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
DEC 19 2017
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 13-113-BLG-SPW |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| FELIS LUSIANO ROMO, | |
| Defendant/Movant. | |

This case comes before the Court on Defendant/Movant Romo's motion to vacate, set aside, or correct the sentence, pursuant to 28 U.S.C. § 2255. Romo is a federal prisoner proceeding pro se.

Among other things, Romo alleges that counsel Lance Lundvall was " 'an active State Judge and an active State prosecutor' " during the time he was representing Romo. Mot. § 2255 (Doc. 113) at 7. The Court is aware that Lundvall has occasionally acted as a judge in the Municipal Court of the City of Billings. The dates of his service and any other judicial or prosecutorial roles he may have taken on, along with a brief description of his duties, should be made matters of record in this case.

Romo will have an opportunity to identify anything he believes to be incorrect or incomplete in counsel's response. If he does so, he must explain the

1

basis for his belief.

Accordingly, IT IS HEREBY ORDERED that, on or before **January 22, 2018,** counsel shall file and serve on Romo an affidavit in response to this Order. Romo may respond to counsel's submission within 21 days of its filing.

DATED this 18th day of December, 2017.

/s/ Susan P. Watters
Susan P. Watters
United States District Court